Case No:      11-16638

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re:   **Donald L. Fredrick**<br>**Cheryl M. Fredrick** | Case No.   **11-16638**<br><br>Chapter   **13** |

Property Address:   **219 Malibu Drive, Bolingbrook, IL 60440**

Last four digits of any number your use to
Identify the debtor's account:                    **######2521**

Court Claim No. (if known)

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**HSBC BANK USA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **11/20/2015** and filed as Docket No. **55**

### Pre-Petition Default Payments          Applicable option is checked.

■     Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐     Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount
due to cure pre-petition arrears is:

| Total Amount Due: | |
|---|---|

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as
of the date of this response.

### Post-Petition Default Payments          Applicable option is checked.

■     Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐     Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to
cure post-petition arrears is:

| Total Amount Due: | |
|---|---|

Attached is a Schedule of Amounts Outstanding Post-petition Claim.  It is an itemized account of the post-petition amounts that remain
unpaid as of the Statement date of  12/11/15.  The amounts outstanding identified on Schedule 2 do not reflect amounts that became or may
become due after the date of this Statement.

The amounts due identified on this response may not, due to timing, reflect all payments sent to the Bank as of the date of the Cure
Statement.  In addition, the amounts due may include payments reflected on the NOFC but which have not yet been received and/or
processed by the Bank.

Case No:   11-16638

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it.  Sign and print your name and your title, (if any), and state your address and telephone number if different from the notice address listed on the proof of claim.

Check the appropriate box.

☐ I am the creditor          ■ I am the creditor's authorized agent  (Attach copy of power of attorney, if any.)

✘  /s/ Rachael Stokas _____          Date     12/11/15
    Signature

Print:     Rachael Stokas _____          Title     Attorney for Creditor
    First Name        Middle Name        Last Name

                                                              14-15-19267

Company     Codilis & Associates, P.C. _____

Address     15W030 North Frontage Road, Suite 100 _____
    Number              Street
    Burr Ridge            IL    60527
    City                          State      ZIP Code

Telephone number:  (630) 794-5300          email:     ND-Two@il.cslegal.com

Case No:   11-16638

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

| Description | Date | Amount |
|-------------|------|--------|
|             |      |        |

Case No:        11-16638

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date | Amount |
|---|---|---|
|  |  |  |

Case No:    11-16638

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on  December 11, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  December 14, 2015.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Donald L. Fredrick, Cheryl M. Fredrick, Debtor(s), 219 Malibu Drive, Bolingbrook, IL 60440
John J. Lynch, Attorney for Debtor(s), 1011 Warrenville Road, Suite 150, Lisle, IL 60532 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF

/s/ Rachael Stokas

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-15-19267)**

NOTE: This law firm is a debt collector.